UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA GRIMES, *as the next best friend and Personal Representative of the Estate of Karl Grimes*, <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.* <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Case No. 08-2024 (RJL) |

MEMORANDUM ORDER
(April /9, 2012)

On March 2, 2012, the Court of Appeals for the District of Columbia Circuit remanded this action for the Court to "consider the effect of the 2010 amendments to Federal Rule of Civil Procedure 56 and 'state on the record the reasons for granting or denying [the summary judgment] motion.'" *Grimes v. Dist. of Columbia*, No. 11-7053 (D.C. Cir. Mar. 2, 2012) (per curiam) (quoting Fed. R. Civ. P. 56(a)). Therefore, this Court directs the parties to submit briefs addressing "the effect[on this case, if any,] of the 2010 amendments to Federal Rule of Civil Procedure 56," as well as, "the interaction of amended Federal Rule of Civil Procedure 56(e) and the accompanying 2010 Advisory Committee Note, Federal Rule of Civil Procedure 55, and Local Rule 7(b)." *Id.*

It is hereby

**ORDERED** that plaintiff's opening brief is due May 29, 2012; and it is further

**ORDERED** that defendants' brief is due June 28, 2012; and it is further

**ORDERED** that plaintiff's reply brief is due July 13, 2012.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

2