# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PATRICIA GRIMES, as the next best friend and Personal Representative of the Estate of Karl Grimes,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Civil Case No. 08-2024 (RJL)** |
| **DISTRICT OF COLUMBIA, and PRINCE GEORGE'S HOSPITAL CENTER,** | ) ) ) | |
| **Defendants.** | ) ) | |
| **DISTRICT OF COLUMBIA,** | ) ) | |
| **Cross Claimant,** | ) ) | |
| **v.** | ) ) | |
| **PRINCE GEORGE'S HOSPITAL CENTER,** | ) ) | |
| **Cross Defendant.** | ) ) | |
| **PRINCE GEORGE'S HOSPITAL CENTER,** | ) ) | |
| **Counter Claimant,** | ) ) | |
| **v.** | ) ) | |
| **DISTRICT OF COLUMBIA,** | ) ) | |
| **Counter Defendant.** | ) ) | |

## MEMORANDUM ORDER
February 12, 2013

For the reasons set forth in the Memorandum Opinion entered this 12 day of

1

February 2013, it is hereby

**ORDERED**  that Defendant's Motion for Summary Judgment [Dkt. #55, 58] is

**GRANTED**; and it is further

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.


**SO ORDERED.**

RICHARD J. LEON
United States District Judge