UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA GRIMES, as the next best friend and Personal Representative of the Estate of Karl Grimes,<br><br>    Plaintiff,<br>  v.<br><br>DISTRICT OF COLUMBIA, and PRINCE GEORGE'S HOSPITAL CENTER,<br>    Defendants.<br><br>DISTRICT OF COLUMBIA,<br><br>    Cross Claimant,<br>  v.<br><br>PRINCE GEORGE'S HOSPITAL CENTER,<br>    Cross Defendant.<br><br>PRINCE GEORGE'S HOSPITAL CENTER,<br>    Counter Claimant,<br>  v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Counter Defendant. | Civil Case No. 08-2024 (RJL) |

**MEMORANDUM ORDER**
February 12, 2013

For the reasons set forth in the Memorandum Opinion entered this 12th day of

1

February 2013, it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment [Dkt. #55, 58] is **GRANTED**; and it is further

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge